DOCKET NO. 603 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Sealaska Corporation Contract Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 6/27/84 | MO, Moot | unp. | | | |

### Special Transferee Information

DATE CLOSED: MOOT  June 27, 1984

JPML FORM 1

Case MDL No. 603 Document 1 Filed 06/01/15

DOCKET NO. 603 -- In re Sealaska Corporation Contract Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Seattle-First National Bank v. Sealaska Corp., et al. | W.D.Wash. Voorhees | C83-350V | | | | |
| A-2 | Seattle-First National Bank v. Sealaska Corp., et al. | W.D.Wash. Voorhees | C83-1316V | | | | |
| A-3 | Sealaska Corp., et al. v. R. Michael Crowson, et al. | D.Alaska Von der Heydt | J84-012 | | | | |

# DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 603 -- In re Sealaska Corporation Contract Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 84/06/05 | 1 | MOTION, MEMORANDUM, SCHEDULE OF ACTIONS, EXHIBITS AND CERT. OF SVC. -- Seattle-First National Bank -- SUGGESTED TRANSFEREE DISTRICT: W.D. Washington; SUGGESTED TRANSFEREE JUDGE: (emh) |
| 84/06/15 | | APPEARANCE -- Laurence B. Finegold for R. Michael Crowson, Marine Equipment Finance, Inc., Marine Eagle Flat & Container, Marineco, Pacifice Barge Leasing Co.; Evan L. Schwab for Seattle First National Bank; Bradley D. Stam for Sealaska Corp., Alaska Aggregate Corp., Pacific Western Lines, ~~Pacific~~ Alaska Brick Co. (emh |
| 84/06/19 | | APPEARANCE -- Kenneth B. Kaplan, Esq. for Kenneth R. Fry (rh) |
| 84/06/20 | 2 | NOTICE OF MOOTNESS -- (re: Motion for Transfer) -- Sealaska Corp. w/copy of Order of Remand and cert. of svc. (ds) |
| 84/06/25 | 3 | NOTICE OF WITHDRAWAL OF MOTION -- Seattle-First National Bank -- w/cert. of svc. (emh) |
| 84/06/27 | | ORDER DENYING MOTION AS MOOT -- Notified involved clerks, judges, counsel and misc. recipients. (ds) |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 603 -- In re Sealaska Corporation Contract Litigation

| | |
|---|---|
| SEATTLE-FIRST NATIONAL BANK (A-1, A-2)<br>Evan L. Schwab, Esquire<br>Davis, Wright, Todd, Riese & Jones<br>4200 Seattle-First National Bank Bldg.<br>Seattle, Washington 98154<br><br>SEALASKA CORPORATION, ET AL. (A-3)<br>Bradley D. Stam, Esquire<br>Culp, Dwyer, Guterson & Grader<br>27th Floor, One Union Square<br>Seattle, Washington 98101-3143 | SEALASKA CORPORATION<br>ALASKA AGGREGATE CORPORATION<br>PACIFIC WESTERN LINES<br>ALASKA BRICK COMPANY, INC.<br>Bradley D. Stam, Esquire<br>(see counsel for A-3)<br><br>R. MICHAEL CROWSON<br>MARINE EQUIPMENT FINANCE, INC.<br>MARINE EAGLE FLAT & CONTAINER CO.<br>MARINECO<br>PACIFIC BARGE LEASING CO.<br>Laurence B. Finegold, Esquire<br>Franco, Asia, Bensussen, Coe<br> & Finegold<br>13th Floor, Tower Building<br>Seattle, Washington 98101<br><br>KENNETH FRY<br>Kenneth B. Kaplan, Esquire<br>Cohen, Andrews, Keegan & Goelz<br>2200 Fourth Avenue Building<br>Seattle, Washington 98121<br><br>No Appearance Received:<br>JOHN M. DAY<br>Mr. John M. Day<br>c/o Wishney & Elgee<br>601 West Hays Street, Suite 11<br>P.O. Box 387<br>Boise, Idaho 83701-0837 |

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _____

DOCKET NO. 603 -- _____

---

No Appearance Received:
<u>KENNETH MARTINSON</u>
James D. Gilmore, Esquire
Gilmore & Feldman
Resolution Tower, Suite 304
1031 West Fourth Avenue
Anchorage, Alaska  99501

No Appearance Received:
<u>PACIFIC ALASKA FORWARDERS</u>
Jack R. Davis, Esq.
Hart, Allison, Davis & Baldwin
1200 IBM Building
Seattle, Washington  98101

JPML FORM 3

p. _____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 603 -- In re Sealaska Corporation Contract Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Sealaska Corp. ✓ | A-1, 2 |
| Alaska Aggregate Corp. ✓ | A-1, 2 |
| Pacific Western Lines ✓ | A-1, 2 |
| R. Michael Crowson ✓ | A-1, 2, 3 |
| Pacific Barge Lease Co. ✓ | A-1, 3 |
| Marine Eagle Flat & Container Co. ✓ | A-1, 3 |
| Alaska Brick Co., Inc. ✓ | A-2 |
| Marine Equipment Financing Inc. ✓ | A-2 |
| ~~C. Thomas Marshall~~ Phyllis Dodson Marshall Defaulted nt - order 5/10/84 | A-2, 3 / A-3 |
| John M. Day | A-2 |
| Kenneth Martinson | A-2, 3 |

p. _____

| | |
|---|---|
| Kenneth R. Fry | A-2 |
| Seattle First National Bank ✓ | A-3 |
| Marineco ✓ | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |