JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

JUN 27 1984

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 603

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE SEALASKA CORPORATION CONTRACT LITIGATION

ORDER DENYING MOTION AS MOOT

On June 5, 1984, Sealaska Corporation moved the Panel, pursuant to 28 U.S.C. §1407, for an order to transfer an action pending in the District of Alaska to the Western District of Washington for coordinated or consolidated pretrial proceedings with the two actions pending there. On June 13, 1984, the Alaska action was remanded to Alaska state court.

IT IS THEREFORE ORDERED that the motion pursuant to 28 U.S.C. §1407 for centralization of the actions listed on the attached Schedule A be, and the same hereby is, DENIED as moot.

For the Panel:

Andrew A. Caffrey
Chairman

SCHEDULE A

In re Sealaska Corporation Contract Litigation

District of Alaska

Sealaska Corp., et al. v. R. Michael Crowson, et al.,
C.A. No. J84-012

Western District of Washington

Seattle-First National Bank v. Sealaska Corp., et al.,
C.A. No. C83-350V
Seattle-First National Bank v. Sealaska Corp., et al.,
C.A. No. C83-1316V